JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

      - v. -                  :

VIOLETTA HUNT,                    :

             Defendant.     :

                          :
- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 3 0 2007

INDICTMENT

07 Cr.

**07 CRIM 1082**

### COUNT ONE

    The Grand Jury charges:

    From in or about March 2003, up to and including in or about December 2003, in the Southern District of New York and elsewhere, VIOLETTA HUNT, the defendant, unlawfully, willfully and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, for the purpose of executing such scheme and artifice and attempting so to do, did place in a post office and authorized depository for mail matter, matters and things to be sent and delivered by the Postal Service, and did deposit and did cause to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and did take and did receive therefrom, such matters and things, and did cause to be delivered by mail and such carriers, according to the direction thereon, and at the place at which it was to be delivered by the person to whom it was addressed, such matters

and things, to wit, HUNT, having devised a scheme to defraud the Lower Manhattan Development Corporation and the United States Department of Housing and Urban Development of grant money by making false representations that her mother resided at 310 Greenwich Street, New York, New York, on September 11, 2001, and that her mother intended to reside at that address for a period of two years commencing March 24, 2003, did mail, on or about May 8, 2003, via the United States Postal Service, a grant application to the Lower Manhattan Development Corporation containing false statements and fraudulent documents regarding her mother's residence.

(Title 18, United States Code, Sections 1341 and 2).


_/s/ Lin Butter Sterman_
FOREPERSON (LIN BUTTER STERMAN)

_/s/ Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**VIOLETTA HUNT,**

Defendant.

---

<u>**INDICTMENT**</u>

07 Cr.

(18 U.S.C. §§ 1341 & 2)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

A TRUE BILL

_____
Foreperson.

---

11/30/07 Case assigned to J. Costel

M J Dronthe