UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

VIOLETTA HUNT
              Defendant.
------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12.20.07

07 Cr. 01082 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

      Bail is modified to permit defendant additional time to obtain a cosigner on the bond. Defendant must obtain a cosigner by January 21, 2008.

      SO ORDERED.

                                             P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       December 20, 2007