```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              07 CR 1082 (PKC)

-against-                            ORDER

VIOLETTA HUNT,

                        Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of the government, consented to by defense counsel, the status conference previously scheduled for February 15, 2008 is adjourned until March 18, 2008 at 9:30 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to allow the parties additional to confirm whether the defendant has died. Accordingly, the time between today and March 18, 2008 is excluded.

       SO ORDERED.

                                                        P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
           February 14, 2008