ORIGINAL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,         :

    - v.-                         :      NOLLE PROSEQUI

VIOLETTA HUNT,                    :      07 Cr. 1082 (PKC)

        Defendant.            :

------------------------------x

    1.   The filing of this nolle prosequi will dispose of this case with respect to the defendant Violetta Hunt.

    2.   On November 30, 2007, Indictment 07 Cr. 1082 (PKC) (the "Indictment") was filed, charging Violetta Hunt with one count of mail fraud in violation of Title 18, United States Code, Sections 1341 and 2.

    3.   On December 30, 2007, while this case was still pending, defendant Violetta Hunt died. A copy of the defendant's certificate of death is attached hereto.

    4.   Because the defendant died while this case was pending, and therefore before a final judgment was issued, the indictment against her must be dismissed under the rule of abatement. See United States v. Wright, 160 F.3d 905, 908 (2d Cir. 1998).

5. In light of the foregoing, I recommend that an order of nolle prosequi be filed with respect to Indictment No. 07 Cr. 1082 (PKC).

*[signature]*
MARK LANPHER
Assistant United States Attorney
(212) 637-2399

Dated:   New York, New York
         February 19, 2008

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of nolle prosequi be filed with respect to Indictment No. 07 Cr. 1082 (PKC).

*[signature]*
MICHAEL J. GARCIA
United States Attorney
Southern District of New York

Dated:   New York, New York
         February 20, 2008

SO ORDERED:

*[signature]*
HON. P. KEVIN CASTEL
United States District Judge
Southern District of New York

Dated:   New York, New York
         February 21, 2008

2

# THE CITY OF NEW YORK
## VITAL RECORDS CERTIFICATE

THE CITY OF NEW YORK, DEPARTMENT OF HEALTH AND MENTAL HYGIENE

**CERTIFICATE OF DEATH**   Certificate No. **156-07-053879**

DATE FILED: **NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE JAN-05-2008 03:59 PM**

1. DECEDENT'S LEGAL NAME: **VIOLETTA IRIS HUNT**

Place of Death: 2a. New York City — 2b. Borough: **Manhattan** — 2c. Type of Place: Hospital Inpatient
2d. Name of hospital or other facility: **310 GREENWICH STREET**

3a. Date and Time of Death: Month **December**, Day **30**, Year **2007**, Time **2:42 PM**
4. Sex: **Female**
5. OCME Case No: **M-07-07221**

6. Cause of Death — PART I — Immediate cause: **Pending Further Studies**

10. Certifier Signature, Date **Jan 2nd, 2008**
Certifier Name (Print): **Aaron Rosen**, Medical Examiner

11a. Usual Residence State: **New York** — 11b. County: **New York** — 11c. City or Town: **Manhattan** — 11d. Street and Number: **310 Greenwich St**, Apt No **27H**, ZIP **10013** — 11e. Inside City Limits: Yes

12. Date of Birth: Month **November**, Day **07**, Year **1932**
13. Age: 75
14. Social Security No.

16. Usual Occupation: **Legal Secretary** — Kind of Business: **Law Office**
Maiden name: **Violetta Iris Bell**

17. Birthplace: **New York, New York**
18. Education: High school graduate

22. Father's Name (First Middle Last): **Elmer Hunt Robinson**
23. Mother's Name prior to first marriage: **Paula Vasquez Rodriguez**

24a. Informant's Name: **Paula Vasquez Rodriguez** — 24b. Relationship: **Mother** — 24c. Address: **242 W 13 Th St 3C New York NY 10020**

25a. Method of Disposition: Burial
25b. Place of Disposition: **Borinquen Memorial**
25c. Location of Disposition: **Caguas, Puerto Rico**
25d. Date of Disposition: **01 / 07 / 2008**

26a. Funeral Establishment: **Funeraria Hermanos Inc**
26b. Address: **3287 Fulton St, Brooklyn NY 11208**



Government File Copy — Not for Personal Use

Steven P. Schwartz, Ph.D., City Registrar



DATE ISSUED: **January 23, 2008**

P00988935

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE